No. 122. EARLSTON COAL CO. *v.* HUNTINGTON NATIONAL BANK. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth

638

Circuit denied. *Messrs. Wells Goodykoontz* and *Adna R. Johnson, Jr.,* for petitioner. *Mr. Francis J. Wright* for respondent.